THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:

**ANNISHA CAROL COOK**

**Case No. 22-32660-KHK**
Chapter 13

Debtor

---

**NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

       **Plaintiff,**

**v.**

**ANNISHA CAROL COOK**

       **Debtor/Respondent,**

**and**

**SUZANNE E. WADE,**

       **Trustee/Respondent.**

### DEBTOR'S RESPONSE AND OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

The Debtor/Respondent, Annisha Carol Cook, by counsel, hereby files this Response and Opposition to the above-captioned Movant's Motion for Relief from the Automatic Stay and respectfully states the following:

1. The allegations contained in paragraphs 1, 2, 3, 4, 5, and 12 of the Motion are admitted.

2. The Debtor/Respondent lacks sufficient knowledge to admit or deny the allegations contained in paragraphs 7, 8, 9, 10, and 11 of the Motion, and she hereby demands strict proof thereof.

Suad Bektic (VSB#90012)
NEW DAY LEGAL, PLLC
8500 Mayland Drive, First Floor
Henrico, VA  23294
Telephone (804) 997-7395
Counsel for Debtors

3. The Debtor/Respondent denies the allegations contained in paragraph 14 of the Motion, and she hereby demands strict proof thereof.

WHEREFORE, the Debtor/Respondent prays that this Honorable Court deny the Movant's Motion for Relief from Automatic Stay, allow Debtor a reasonable amount of time to repay any proven post-petition arrearages, and grant any further relief this Court deems appropriate.

Respectfully submitted this 18th day of September, 2025.

Respectfully submitted,

**ANNISHA CAROL COOK**
By Counsel

NEW DAY LEGAL, PLLC

/s/ Suad Bektic
Suad Bektic, Esquire, VSB # 90012
8500 Mayland Drive, 1st Floor
Henrico, VA  23294
(804) 997-7395 Phone
(888) 612-0943 Facsimile
sbektic@newdaylegal.com
*Counsel for the Debtor/Respondent*

## CERTIFICATE OF SERVICE

I certify that I have, this 18th Day of September, 2025 transmitted, via ECF or by regular mail, a true copy of the foregoing Response and Opposition to Motion for Relief from Automatic Stay to:

Kim R. Gershen
448 Viking Drive, Suite 350
Virginia Beach, VA  23452
*Counsel for Movant*

Suzanne E. Wade, Chapter 13 Trustee
P.O. Box 1780
Richmond, VA  23218

Annisha Carol Cook
10712 Sterling Cove Drive
Chesterfield, VA  23838
*Debtor/Respondent*

                                                /s/ Suad Bektic
                                                Suad Bektic